UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SONDA J. SHAFER,

       Plaintiff,

vs.

DAVID REESE, *et al.,*

       Defendants.

Case No.: 3:16-cv-71

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

**ORDER DENYING WITHOUT PREJUDICE *PRO SE* PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL (DOC. 2)**

This action is before the Court on *pro se* Plaintiff's motion for appointment of counsel. Doc. 2. Plaintiff was granted leave to file this case *in forma pauperis*. While Congress has authorized courts to appoint counsel in such cases, *see* 28 U.S.C. § 1915(e)(1), it has never authorized any funding for such counsel, and the Court cannot compel counsel to serve without compensation. *Mallard v. U.S. Dist. Court*, 490 U.S. 296, 308-09 (1989); *Lavado v. Keohane*, 992 F.2d 601, 605-06 (6th Cir. 1993). Therefore, Plaintiff's motion (doc. 2) is **DENIED WITHOUT PREJUDICE**. The Court will reconsider Plaintiff's motion at the conclusion of all discovery and the issuance of an order on motions for summary judgment, if any.

       **IT IS SO ORDERED.**

Date:  March 25, 2016

*s/ Michael J. Newman*
Michael J. Newman
United States Magistrate Judge