UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SONDA SHAFER, *et al.*,

    Plaintiffs,

vs.

DAVID REESE, *et al*.,

    Defendants.

Case Nos. 3:16-cv-71, 3:16-cv-225

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

### ORDER TO SHOW CAUSE

This civil case is before the Court on Defendants' motion for summary judgment filed on December 29, 2017. Doc. 21. Pursuant to the Local Rules of this Court, Plaintiffs' responses were due on or before January 22, 2018. *See* S.D. Ohio Civ. R. 7.2(a)(2).

Plaintiff Steven Inskeep moved for and was granted an extension of time to file his memorandum in opposition, docs. 25, 26, and did so on January 26, 2018. Doc. 27.

Plaintiff Sonda Shafer, however, has failed to either file a memorandum in opposition or move for an extension of time to do so. Accordingly, the Court **ORDERS** that Plaintiff Shafer **SHOW CAUSE**, in writing and on or before **February 13, 2018**, as to why summary judgment should not be granted in Defendants' favor for the reasons set forth in their motion for summary judgment. In lieu of responding to this Show Cause Order, Shafer may file a memorandum in opposition to Defendants' motion on or before **February 13, 2018**. Shafer is **NOTIFIED** that her failure to either show cause or file a memorandum in opposition may result in the dismissal of her complaint for failure to prosecute.

In addition to the foregoing, on January 29, 2018, mail sent to both Plaintiffs was returned as undeliverable. Docs. 28, 29. Plaintiffs are reminded of their duty to immediately

inform the Court and counsel for all parties of any changes to their mailing address and/or telephone number. Failure to promptly advise the Court and opposing counsel of changes in contact information may demonstrate a party's failure to prosecute and may lead to the dismissal of a complaint on that basis. Plaintiffs are thus **ORDERED** to **SHOW CAUSE**, in writing and on or before **February 13, 2018**, as to why this case should not be dismissed for failure to prosecute as a result of their failure to timely notify the Court and counsel of a change in their address. Plaintiffs may otherwise satisfy this Show Cause Order by filing a notice of change of address on or before **February 13, 2018**.

    **IT IS SO ORDERED.**

Date:  January 30, 2018               s/ Michael J. Newman
                                                              Michael J. Newman
                                                              United States Magistrate Judge